AO 245B  (Rev. 12/03) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

Central District of Illinois

UNITED STATES OF AMERICA
v.
Ralph Brooks

JUDGMENT IN A CRIMINAL CASE

Case Number: 1:04-cr-10061-001

USM Number: 13349-026

Maribeth Dura
Defendant's Attorney

**THE DEFENDANT:**

☒ pleaded guilty to count(s)  1

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty.

FILED
SEP 16 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC § 2113(a) | Bank Robbery | 8/23/2004 | 1 |

The defendant is sentenced as provided in pages 2 through __6__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is  ☐ are  dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

9/2/2005
Date of Imposition of Judgment

s/ Joe B. McDade
Signature of Judge

Joe B. McDade                U.S. District Judge
Name and Title of Judge

9/16/05
Date



DEFENDANT: Ralph Brooks
CASE NUMBER: 1:04-cr-10061-001

Judgment — Page 2 of 6

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

155 months.

☑ The court makes the following recommendations to the Bureau of Prisons:

It is recommended that the defendant serve his sentence in a facility that will (1) allow him to participate in the Comprehensive Drug Treatment Program, (2) allow him to maximize his exposure to educational and vocational opportunities, and (3) is as close to his family in Bloomington, Illinois, as possible.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____  ☐ a.m.  ☐ p.m. on _____ .

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before ____ p.m. on _____ .

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:




Defendant delivered on _____ to _____

a _____ , with a certified copy of this judgment.


_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

Judgment—Page __3__ of __6__

DEFENDANT: Ralph Brooks
CASE NUMBER: 1:04-cr-10061-001

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of:

3 years.

    The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

- [ ] The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)
- [x] The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)
- [x] The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)
- [ ] The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)
- [ ] The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

    If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

    The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from [ ] excessive [x] any use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B, 1:07-cv-01287-JBM #3 Page 4 of 7
(Rev. 12/03) Judgment in a Criminal Case
Sheet 3C — Supervised Release

Judgment—Page 4 of 6

DEFENDANT: Ralph Brooks
CASE NUMBER: 1:04-cr-10061-001

## SPECIAL CONDITIONS OF SUPERVISION

1. You shall refrain from any use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance, or any paraphernalia related to any controlled substance, except as prescribed by a physician. You shall, at the direction of the probation office, participate in a program for substance abuse treatment including testing to determine whether you have used controlled substances and/or alcohol. You shall pay for these services as directed by the probation officer. 2. You shall not own, purchase, or possess a firearm, ammunition, or other dangerous weapon.

AO 245B, 1:07-cv-01287-JBM #3 Page 4 of 7
(Rev. 12/03) Judgment in a Criminal Case
Sheet 3C — Supervised Release

DEFENDANT: Ralph Brooks  
CASE NUMBER: 1:04-cr-10061-001

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Fine | Restitution |
|---|---|---|---|
| TOTALS | $ 100.00 | $ | $ 4,720.00 |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☑ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Bank One<br>1703 West Market Street<br>Bloomington, Illinois 61701 | $4,720.00 | $4,720.00 | |
| TOTALS | $ 4,720.00 | $ 4,720.00 | |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☑ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☑ the interest requirement is waived for the  ☐ fine  ☑ restitution.

☐ the interest requirement for the  ☐ fine  ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT: Ralph Brooks
CASE NUMBER: 1:04-cr-10061-001

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A ☑ Lump sum payment of $ 4,820.00 due immediately, balance due

    ☐ not later than _____ , or
    ☐ in accordance    ☐ C,    ☐ D,    ☐ E, or    ☐ F below; or

B ☐ Payment to begin immediately (may be combined with    ☐ C,    ☐ D, or    ☐ F below); or

C ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F ☑ Special instructions regarding the payment of criminal monetary penalties:

Restitution to be paid in monthly installments of at least 25% of any net income earned while incarcerated. Any balance remaining upon release from confinement, shall be paid at the rate of $50.00 per month to commence after the first six months of release.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☑ Joint and Several

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

Marvin V. Landfair, Case No. 04-10061-002.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT PEORIA



FILED
SEP 16 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Criminal No. 04-10 061 |
| ) | VIO: Title 8, United States Code, |
| RALPH BROOKS and ) | Section 2113(a) |
| MARVIN U. LANDFAIR, ) | |
| ) | |
| Defendants. ) | |

### INDICTMENT

THE GRAND JURY CHARGES:

On or about August 23, 2004, at Bloomington in McLean County, in the Central District of Illinois, the defendants,

**RALPH BROOKS and MARVIN U. LANDFAIR,**

did, by force, violence, threat of death, physical restraint, and intimidation, take from the person and presence of an employee of Bank One, a financial institution at 1703 West Market Street, Bloomington, Illinois, approximately $9,000.00 in United States currency belonging to, and in the care, custody, control, management, and possession of, Bank One, an institution the deposits of which were insured by the Federal Deposit Insurance Corporation.

All in violation of Title 8, United States Code, Section 2113(a).

A True Bill.

s/Foreperson
_____
Foreperson

s/U.S. Attorney
_____
JAN PAUL MILLER
UNITED STATES ATTORNEY

JHC*dlh

ELECTRONIC FILING SYSTEM - U.S. District Court ILCD - Docket Report
1:07-cv-01287-JBM    # 3-2    Page 1 of 10

Page 1 of 10
**E-FILED**
Friday, 26 October, 2007  11:21:03 AM
Clerk, U.S. District Court, ILCD

**U.S. District Court**
**CENTRAL DISTRICT OF ILLINOIS (Peoria)**
**CRIMINAL DOCKET FOR CASE #: 1:04-cr-10061-JBM-JAG All Defendants**
**Internal Use Only**

Case title: USA v. Brooks et al
Magistrate judge case number: 1:04-mj-06040-JAG

Date Filed: 09/16/2004
Date Terminated: 10/24/2005

Assigned to: Chief Judge Joe Billy McDade
Referred to: Magistrate Judge John A. Gorman

**Defendant (1)**
**Ralph Brooks**
*TERMINATED: 09/02/2005*

represented by **Eric M Schwing**
Attorney at Law
1100 South 5th Street
Springfield, IL 62703
217-544-4440
Email: eschwing@warpnet.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Seventh Circuit Appointment*

**Maribeth Egert Dura**
DURA LAW OFFICE
Suite 350
4516 N Sterling
Peoria, IL 61615
309-686-0895
Fax: 309-686-0898
Email: maribeth_dura@hotmail.com
*TERMINATED: 01/09/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Spencer L Daniels**
411 Hamilton Blvd
Suite 1708
Peoria, IL 61602
309-673-1400
Fax: 309-673-3960
Email: danielslaw@sbcglobal.net
*TERMINATED: 01/05/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Pending Counts**

18:2113D.F BANK ROBBERY, ASSAULT WITH A DEADLY WEAPON - On or about 8/23/04 within the CDIL, Dfts did by force, violence, threat of death, physical restraint, and intimidation, take from the person and presence of an employee of Bank One, approximately $9,000 belonging to, and in the care, custody, control, management, and possession of which were insured by the FDIC in violation of 18:2113(a)
(1)

**Disposition**

Dft committed to the custody of BOP for a term of 155 months; Upon release from confinement, dft placed on Supervised Release for 3 years; No fine; Restitution imposed in the amount of $4720.00; Special Assessment of $100.00 to be paid immediately.

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| Did by force, violance, and intimidation, take from the person and presence of Bank One employee, approximately $13,600 in United States currency belonging to, and in the care, custody, control, management and possession of Bank One, deposits of which were insured by FDIC | |

---

Assigned to: Chief Judge Joe Billy McDade
Referred to: Magistrate Judge John A. Gorman

**Defendant (2)**

Marvin V Landfair                              represented by   George F Taseff
TERMINATED: 10/24/2005                                          FEDERAL PUBLIC DEFENDER
                                                                Suite 1500
                                                                401 Main St
                                                                Peoria, IL 61602
                                                                309-671-7891
                                                                Fax: 309-671-7891
                                                                Email: George_Taseff@fd.org
                                                                TERMINATED: 10/27/2004
                                                                LEAD ATTORNEY

                                                                Robert Andre Alvarado
                                                                FEDERAL PUBLIC DEFENDER
                                                                Suite 1500
                                                                401 Main St
                                                                Peoria, IL 61602
                                                                309-671-7891
                                                                Fax: 309-671-7898
                                                                Email: Robert_Alvarado@fd.org
                                                                ATTORNEY TO BE NOTICED
                                                                Designation: Public Defender or Community Defender
                                                                Appointment

| **Pending Counts** | **Disposition** |
|---|---|
| 18:2113D.F BANK ROBBERY, ASSAULT WITH A DEADLY WEAPON - On or about 8/23/04 within the CDIL, Dfts did by force, violence, threat of death, physical restraint, and intimidation, take from the person and presence of an employee of Bank One, approximately $9,000 belonging to, and in the care, custody, control, management, and possession of which were insured by the FDIC in violation of 18:2113(a) (1) | Dft committed to the custody of the BOP for a term of 84 months; Supervised Release of 3 years; No fine, Restitution payable to Bank One, Bloomington, IL in the amount of $4,720.00 and Special Assessment of $100.00 |

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                                   **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                          **Disposition**

Did by force, violance, and intimidation, take from the person and presence of Bank One employee, approximately $13,600 in United States currency belonging to, and in the care, custody, control, management and possession of Bank One, deposits of which were insured by FDIC

**Plaintiff**

USA                                        represented by    **John H Campbell**
                                                             US ATTY
                                                             One Technology Plaza
                                                             Suite 400
                                                             211 Fulton St
                                                             Peoria, IL 61602
                                                             309-671-7050
                                                             Fax: 309-671-7259
                                                             Email: john.campbell2@usdoj.gov
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/25/2004 | 1 | SEALED COMPLAINT as to Ralph Brooks (1), Marvin V Landfair (2). (CL, ilcd)[1:04-mj-06040-JAG] (Entered: 08/25/2004) |
| 08/25/2004 | 2 | ARREST Warrant Issued by Michael M. Mihm as to defendant Ralph Brooks. (CL, ilcd)[1:04-mj-06040-JAG] (Entered: 08/25/2004) |
| 08/25/2004 |   | Minute Entry for proceedings held before Judge Michael M. Mihm: Parties present in open court by AUSA Campbell/Attorney Daniels with Dft Ralph Brooks and AFPD Taseff with Dft Marvin Landfair for Initial Appearance. Same held on 8/25/2004. Dfts advise[1:04d of charges and possible penalties and right to hire counsel. Dfts request appointed counsel. Dfts sworn and answer questions as to financial status. Court finds Dfts indigent and will appoint CJA Attorney Daniels for Dft Ralph Brooks and AFPD Tasef [1:04f for Dft Marvin Landfair. Govt requests detention of the Dfts. Court orders Dfts detained pending detention hearing set for Monday, 8/30/2004 at 10:30 AM in Courtroom A before Judge Michael M. Mihm. Dfts remanded to U.S. Marshal custody. Temporary [1:04order of detention to enter. Section 4 ordered to counsel. (cc: all counsel/USM/USPO/Court Reporter KH.) (CAD, ilcd)[1:04-mj-06040-JAG] (Entered: 08/26/2004) |
| 08/25/2004 | 4 | Temporary ORDER OF DETENTION entered by Judge Michael M. Mihm on 8/25/04 as to Dft Ralph Brooks. Dft Brooks detained pending Detention Hearing set at 10:30 a.m. on Monday, 8/30/04. (cc: all counsel/USM/USPO/Court Reporter) (CAD, ilcd)[1:04-mj-06040-JAG] (Entered: 08/26/2004) |
| 08/25/2004 | 6 | CJA 23 Financial Affidavit filed by Dft Ralph Brooks (CAD, ilcd)[1:04-mj-06040-JAG] (Entered: 08/26/2004) |
| 08/25/2004 | 7 | CJA 20 entered by Judge Michael M. Mihm on 8/25/04. Attorney Spencer Daniels appointed to represent Dft Ralph Brooks. (CAD, ilcd)[1:04-mj-06040-JAG] (Entered: 08/26/2004) |
| 08/25/2004 |   | Case unsealed as to Dfts Ralph Brooks, Marvin V Landfair pursuant to Initial Appearance held on 8/25/04. (CAD, ilcd)[1:04-mj-06040-JAG] (Entered: 08/26/2004) |

| | | |
|---|---|---|
| 08/25/2004 | | (Court only) ***Excludable started XM as to Ralph Brooks, Marvin V Landfair :, ***Excludable(s) stopped XM as to Ralph Brooks, Marvin V Landfair (KB, ilcd)[1:04-mj-06040-JAG] (Entered: 08/31/2004) |
| 08/25/2004 | 3 | ARREST Warrant Issued by Michael M. Mihm as to defendant Marvin V Landfair. (CL, ilcd)[1:04-mj-06040-JAG] (Entered: 08/25/2004) |
| 08/25/2004 | 5 | Temporary ORDER OF DETENTION entered by Judge Michael M. Mihm on 8/25/04 as to Dft Marvin V Landfair. Dft Landfair detained pending Detention Hearing set 10:30 a.m. on Monday, 8/30/04. (cc: all counsel/USM/USPO/Court Reporter) (CAD, ilcd)[1:04-mj-06040-JA (Entered: 08/26/2004) |
| 08/30/2004 | | Minute Entry for proceedings held before Judge Michael M. Mihm : AUSA Campbell/Atty Spencer Daniels with Dft BROOKS present in person andDetention Hearing for Material Witness in case as to Ralph Brooks held on 8/30/2004. Preliminary Examination as t[1:04o Ralph Brooks held on 8/30/2004. Court finds probbly cause and case is bound over to Grand Jury. Dft ordered detained pending trial. Court orders Section 4 of Pretrial Report released to counsel. (cc: all counsel/Prob/USM) (Tape #C405.) (CL, ilcd)[1:04-m (Entered: 08/30/2004) |
| 08/30/2004 | 8 | ORDER OF DETENTION PENDING TRIAL as to Ralph Brooks entered by Judge Michael M. Mihm on 8/30/04. (cc: all counsel/Prob/USM) (CL, ilcd)[1:04-mj-06040-JAG] (Entered: 08/30/2004) |
| 08/30/2004 | | Terminate 8/30/04 Hearings as to Marvin V Landfair : (KB, ilcd)[1:04-mj-06040-JAG] (Entered: 08/31/2004) |
| 08/30/2004 | | Minute Entry for proceedings held before Judge Michael M. Mihm : AUSA Campbell & FPD Alvarado present in open court with Marvin V Landfair for Preliminary Hearing. Same held on 8/30/2004 10:30am. Dft advised of right to preliminary hearing held. Gov[1:04t presents evidence. Govt rests. Court finds probable cause & case is bound over to the grand jury. Dft. waives detention hearing. Court orders Dft detained pending trial. Detention order to enter. Dft remanded to custody of US Mar. Section 4 to coun [1:04sel. (Tape #C405.) (HK, ilcd)[1:04-mj-06040-JAG] (Entered: 08/31/2004) |
| 08/30/2004 | 9 | ORDER OF DETENTION PENDING TRIAL as to Dft Marvin V Landfair entered by Judge Michael M. Mihm on August 30, 2004. (cc: all counsel/Prob/US Mar) (ML, ilcd)[1:04-mj-06040-JAG] (Entered: 08/31/2004) |
| 09/13/2004 | 11 | Arrest Warrant Returned Executed on 8/25/04 as to Ralph Brooks. (RK, ilcd)[1:04-mj-06040-JAG] (Entered: 09/13/2004) |
| 09/13/2004 | 10 | Warrant Returned Executed on 8/25/04 as to Marvin V Landfair. (RK, ilcd)[1:04-mj-06040-JAG] (Entered: 09/13/2004) |
| 09/16/2004 | 12 | INDICTMENT filed as to Dfts Ralph Brooks (1) and Marvin V Landfair (2) Count(s) 1. (RK, ilcd) (Entered: 09/17/2004) |
| 09/17/2004 | | TEXT ORDER as to Dft (1) Ralph Brooks re 12 Indictment. Arraignment set for 9/20/2004 at 10:20 AM before Magistrate Judge John A. Gorman, in person in Peoria. Entered by Judge John A. Gorman on 9/17/04. (RK, ilcd) (cc: all counsel/USM/USPO) (Entered: 09/17/2004) |
| 09/17/2004 | | TEXT ORDER as to Dft (2) Marvin V Landfair re 12 Indictment. Arraignment set for 9/20/2004 at 10:25 AM before Magistrate Judge John A. Gorman, in person in Peoria. Entered by Judge John A. Gorman on 9/17/04.(RK, ilcd) (cc: all counsel/USM/USPO) (Entered: 09/17/2004) |
| 09/20/2004 | | Minute Entry for proceedings held before Judge John A. Gorman: Parties present in open court by AUSA Campbell, Atty Daniels with defendant Ralph Brooks (01) for Arraignment at 10:20 AM on Monday, 9/20/2004. Defendant Brooks acknowledges receipt of copy of indictment and waives formal reading. Defendant advised of charges and possible penalties. Case set for pending motions/pretrial conference at 2:30 PM on 10/26/04 and jury trial set for 9:00 AM on 11/22/04 in person in Peoria before Chief Judge McDade. (Scheduling order distributed in open court reflects incorrect jury trial date of 11/8/04 and the CORRECT date is 11/22/04.) Defendant remanded to custody of USM. (Tape #C-407 (225-290)) (KB, ilcd) (Entered: 09/20/2004) |
| 09/20/2004 | | Minute Entry for proceedings held before Judge John A. Gorman: Parties present in open court by AUSA Campbell, FPD McGowan (for Alvarado) with defendant Marvin V Landfair (2) for Arraignment at 10:25 AM on Monday, 9/20/2004 - same held. Defendant acknowledges receipt of copy of indictment and waives formal reading. Defendant advised of charges and possible penalties. Case set for pending motions/pretrial conference set for 2:30 PM on 10/26/2004 and jury trial set for 9:00 AM on 11/22/2004 both in person in Peoria (Courtroom B) before Chief Judge Joe Billy McDade. (Scheduling Order |

| | | |
|---|---|---|
| | | distributed in open court reflects incorrect jury trial date of 11/8/04 and the CORRECT date is 11/22/04.) Defendant remanded to custody of USM. (Tape #C-407 (290-329)) (KB, ilcd) (Entered: 09/20/2004) |
| 09/20/2004 | 13 | SCHEDULING ORDER entered by Judge John A. Gorman on 9/20/04 as to defendants Ralph Brooks and Marvin V Landfair. (KB, ilcd) (Entered: 09/20/2004) |
| 10/25/2004 | 14 | MOTION to Continue *trial* by Marvin V Landfair. (Alvarado, Robert) (Entered: 10/25/2004) |
| 10/26/2004 | | Minute Entry for proceedings held before Judge Joe Billy McDade : Parties present in o/c by AUSA J. Campbell and Atty S. Daniels with Dft Ralph Brooks (1) and FPD Atty R. Alvarado with Dft Marvin V. Landfair (2) for Pretrial Conference held on 10/26/04. Court grants 14 Motion to Continue as to Marvin V Landfair. Dft Ralph Brooks joins in on the motion to continue. Court vacates Jury Trial set 11/22/04. Supplemental Pretrial Conference set for 1/14/2005 and 02:30 PM and Jury Trial set for 1/24/2005 at 09:00 AM before Chief Judge Joe Billy McDade. Court finds it to be in the interest of justice to continue this matter and further finds that the time from today to 1/24/05 is excludable pursuant to Speedy Trial Act. ***Excludable XT started and stopped as to Ralph Brooks and Marvin V Landfair. (Court Reporter NM.) (RK, ilcd) Minute Entry for proceedings held before Judge Joe Billy McDade : Parties present in o/c by AUSA J. Campbell and Atty S. Daniels with Dft Ralph Brooks (1) and FPD Atty R. Alvarado with Dft Marvin V. Landfair (2) for Pretrial Conference held on 10/26/04. Court grants 14 Motion to Continue as to Marvin V Landfair. Dft Ralph Brooks joins in on the motion to continue. Court vacates Jury Trial set 11/22/04. Supplemental Pretrial Conference set for 1/14/2005 and 02:30 PM and Jury Trial set for 1/24/2005 at 09:00 AM before Chief Judge Joe Billy McDade. Court finds it to be in the interest of justice to continue this matter and further finds that the time from today to 1/24/05 is excludable pursuant to Speedy Trial Act. ***Excludable XT started and stopped as to Ralph Brooks and Marvin V Landfair. (Court Reporter NM.) (RK, ilcd) (Entered: 10/27/2004) |
| 11/23/2004 | 15 | MOTION to Appointment of New Counsel Pursuant to 18 USC Section 3006A and Motion for Filing Petition In Forma Pauperis Under 28 USC Section 2250; Indigent Person by Ralph Brooks. (RK, ilcd) (Entered: 11/23/2004) |
| 11/23/2004 | | TEXT ONLY ORDER entered by Judge Joe Billy McDade on 11/23/04. Motion Hearing re: Motion for Appointment of Counsel set for 1/5/2005 at 10:45 AM before Chief Judge Joe Billy McDade, in person in Peoria.(RK, ilcd) (Entered: 11/23/2004) |
| 12/21/2004 | 16 | MOTION to Travel *to Transport Defendant to His Mother's Funeral* by Ralph Brooks. (Daniels, Spencer) (Entered: 12/21/2004) |
| 12/22/2004 | | TEXT ONLY ORDER denying 16 Motion to Travel for lack of sufficient information to decide issue as to Ralph Brooks (1). Entered by Judge Joe Billy McDade on 12/22/04. (RK, ilcd) (Entered: 12/22/2004) |
| 01/05/2005 | | Minute Entry for Motion Hearing re 15 MOTION to Appoint Counsel filed by defendant Ralph Brooks held on 1/5/2005 before Judge Joe Billy McDade: Parties present in open court by AUSA Campbell/Attorney Spencer Daniels with dft Ralph Brooks for motion hearing. Same held. Court isgranting 15 Motion to Appoint New Counsel as to defendant Ralph Brooks (1); Attorney Spencer L Daniels terminated in case as to defendant Ralph Brooks. Court orders that new CJA counsel be appointed as soon as possible. Attorney Daniels to turn over all discovery to new CJA counsel. Case remains set for Pending Motions/Pretrial Conference on Friday, 1/14/05, at 2:30 pm and Jury Trial on Monday, 1/24/05, at 9:00 a.m. in person in Peoria. Dft Brooks remanded to the custody of the US Marshal. (Court Reporter NM.) (ML, ilcd) (Entered: 01/05/2005) |
| 01/05/2005 | 17 | MOTION to Continue *trial* by Marvin V Landfair. (Alvarado, Robert) (Entered: 01/05/2005) |
| 01/05/2005 | | Attorney update in case as to dft Ralph Brooks - Attorney Maribeth Egert Dura added for dft Ralph Brooks pursuant to Court's CJA appointment on 1/5/05. (ML, ilcd) (Entered: 01/05/2005) |
| 01/05/2005 | | TEXT ONLY ORDER deferring ruling on 17 Motion to Continue as to Marvin V Landfair (2). Motion 17 will be heard at the pending motions/final pretrial conference set on 1/14/05 at 2:30 p.m. before Judge McDade. Entered by Judge Joe Billy McDade on 1/5/05. (RK, ilcd) (Entered: 01/05/2005) |
| 01/05/2005 | 18 | CJA 20 as to Ralph Brooks: Appointment of Attorney Maribeth Egert Dura for Ralph Brooks. . Entered by Judge Joe Billy McDade on 1/5/05. (CL, ilcd) (Entered: 01/10/2005) |
| 01/10/2005 | 19 | AFFIDAVIT by Ralph Brooks (filed pro se) (cc: all counsel/Prob) (CL, ilcd) (Entered: 01/10/2005) |
| 01/14/2005 | | Minute Entry for proceedings held before Judge Joe Billy McDade: AUSA Campbell & Atty Dura w/Brooks & Bryning w/Landfair for Pretrial Conf. Same held 1/14/05. 17 Motion to Continue as to Marvin V Landfair is ALLOWED. Dft Landfair intends to file a motion to suppress and Atty Dura is new |

| | | |
|---|---|---|
| | | in this case. Case set for Status as to both Defendants on Friday, 1/28/05 at 1:00pm to reset all dates. Jury Trial 1/24/05 is vacated as to both Defendants. Miscellaneous Hearing set for 2/25/2005 09:00 AM in Courtroom B before Judge Joe Billy McDade for Dft Brooks. Time between today & the status conf of 1/28/05 is excludable time to meet the ends of justice. (Court Reporter N. Mersot.) (HK, ilcd) Minute Entry for proceedings held before Judge Joe Billy McDade: AUSA Campbell & Atty Dura w/Brooks & Bryning w/Landfair for Pretrial Conf. Same held 1/14/05. 17 Motion to Continue as to Marvin V Landfair is ALLOWED. Dft Landfair intends to file a motion to suppress and Atty Dura is new in this case. Case set for Status as to both Defendants on Friday, 1/28/05 at 1:00pm to reset all dates. Jury Trial 1/24/05 is vacated as to both Defendants. Miscellaneous Hearing set for 2/25/2005 09:00 AM in Courtroom B before Judge Joe Billy McDade for Dft Brooks. Time between today & the status conf of 1/28/05 is excludable time to meet the ends of justice. (Court Reporter N. Mersot.) (HK, ilcd) (Entered: 01/18/2005) |
| 01/26/2005 | 20 | MOTION to Suppress *statements* by Marvin V Landfair. (Alvarado, Robert) (Entered: 01/26/2005) |
| 01/28/2005 |  | Minute Entry for proceedings held before Judge Joe Billy McDade : Parties present in o/c by AUSA J. Campbell for the Govt. and Atty M. Dura with Dft (1) Ralph Brooks and FPD Atty R. Alvarado with Dft (2) Marvin Landfair for Status Conference held on 1/28/2005. Dates set: Change of Plea Hearing set for Dft Brooks for 2/25/2005 at 01:00 PM before Judge Joe Billy McDade. Motion Hearing re: #20 Motion for Suppression as to Dft Landfair set for 2/25/2005 at 01:45 PM before Judge Joe Billy McDade. Counsel to submit to the Court for its review prior to the 2/25/05 hearing the recorded DVD of the police interview as to Dft Landfair. Court finds it to be in the interest of justice to find the time from today to 2/25/05 excludable pursuant to the Speedy Trial Act. Excludable XT started and stopped as to Ralph Brooks and Marvin V Landfair. Dfts remanded to the custody of the USM. (Court Reporter NM.) (RK, ilcd) (Entered: 01/28/2005) |
| 01/28/2005 |  | (Court only) *** Terminate Misc Deadlines as converted to Motion hearing ddl as to Marvin V Landfair: (RK, ilcd) (Entered: 01/28/2005) |
| 01/28/2005 |  | (Court only) *** Excludable XT started and stopped as to Marvin V Landfair. (RK, ilcd) (Entered: 02/03/2005) |
| 02/23/2005 | 21 | MOTION to Continue *suppression hearing* by Marvin V Landfair. (Alvarado, Robert) (Entered: 02/23/2005) |
| 02/23/2005 |  | TEXT ORDER granting 21 Motion to Continue Suppression Hearing as to Marvin V Landfair (2). Motion Hearing set for 02/25/05 is VACATED and RESET to Friday, 03/18/05 at 3:30 PM, in person, in Courtroom D before Judge Joe Billy McDade. Entered by Judge Joe Billy McDade on 02/23/05. (DC, ilcd) (Entered: 02/23/2005) |
| 02/25/2005 |  | Minute Entry for proceedings held before Judge Joe Billy McDade: Parties present in o/c by AUSA J. Campbell for the Govt. and Atty M. Dura with Dft Ralph Brooks for Change of Plea Hearing held on 2/25/2005. Dft sworn and answers questions presented by Court and Court finds Dft competent to proceed. Court advises dft of consequences if found guilty and right to a jury trial. Dft acknowledges receipt of Indictment. Penalties given and parties concur. Statement made by Dft. AUSA makes factual basis. Same agreed to and approved by dft and his attorney. Dft enters BLIND PLEA of guilt as to Count 1. This matter is referred to USPO for a presentence investigation and report. Judgment of conviction entered. Case is set for sentencing set for 6/3/2005 at 02:00 PM in Courtroom D before Judge Joe Billy McDade. Order on Implementation of Sentencing Guidelines entered. Dft remanded to the custody of the USM.(Court Reporter NM.) (RK, ilcd) (Entered: 02/25/2005) |
| 02/25/2005 | 22 | ORDER on Implementation of Sentencing Guidelines entered by Judge Joe Billy McDade on 2/25/05. (RK, ilcd) (Entered: 02/25/2005) |
| 02/25/2005 |  | (Court only) *** Terminate Deadlines and Hearings as to Ralph Brooks, Marvin V Landfair: (RK, ilcd) (Entered: 03/02/2005) |
| 03/15/2005 | 23 | RESPONSE to Motion by USA as to Marvin V Landfair re 20 MOTION to Suppress *statements* (Campbell, John) (Entered: 03/15/2005) |
| 03/18/2005 |  | Minute Entry for proceedings held before Judge Joe Billy McDade: Parties present in o/c by AUSA J. Campbell for the Govt. and FPD Atty R. Alvarado with Dft Marvin V. Landfair for motion hearing held 3/18/05. Pending motion 20 Motion to Suppress discussed. Court finds as moot 20 Motion to Suppress as to Marvin V Landfair. Jury Trial set for 5/16/2005 at 09:00 AM before Judge Joe Billy McDade. Final Pretrial Conference set for 4/28/2005 02:00 PM before Judge Joe Billy McDade. Court finds it to be in the interest of justice to find the time from today to 5/16/05 excludable pursuant to the Speedy Trial Act. *** Excludable XT started and stopped as to Marvin V Landfair. Dft remanded to the custody of the USM. |

| | | |
|---|---|---|
| | | (Court Reporter NM.) (RK, ilcd) (Entered: 03/21/2005) |
| 03/21/2005 | 24 | Official Court Reporter's TRANSCRIPT of Proceedings as to Ralph Brooks held on 2/25/05 before Judge McDade. Court Reporter: NM. (RK, ilcd) (Entered: 03/21/2005) |
| 04/27/2005 | | Due to a conflict in the court's calendar, the RALPH BROOKS' Sentencing Hearing set for 06/03/05 is VACATED and RESET to Thursday, 06/09/05 at 2:00 PM, in person, in Courtroom D before Judge Joe Billy McDade. Entered by Judge Joe Billy McDade on 04/27/05. (DC, ilcd) Modified on 4/28/2005 (HK, ilcd). (Entered: 04/27/2005) |
| 04/28/2005 | | Minute Entry for proceedings held before Judge Joe Billy McDade: AUSA Campbell & FPD Alvarado present in open court with Marvin Landfair for Hearing on Pending Motions/Pretrial Conference as to Marvin V Landfair. Same held on 4/28/2005 2:00m. Parties ready for trial on 5/16/05. Parties to submit proposed jury instructions, witness & exhibit lists, any stipulations to the court no later than 5/6/5. (Court Reporter N. Mersot.) (HK, ilcd) (Entered: 04/28/2005) |
| 05/03/2005 | 25 | Letter from Simon Lundy, Sr re: Ralph Brooks addressed to Judge McDade (HK, ilcd) (Entered: 05/03/2005) |
| 05/05/2005 | 26 | EXHIBIT LIST by USA as to Marvin V Landfair (Campbell, John) (Entered: 05/05/2005) |
| 05/05/2005 | 27 | (Court only) *** WITNESS LIST by USA as to Marvin V Landfair (Campbell, John) (Entered: 05/05/2005) |
| 05/09/2005 | 28 | EXHIBIT LIST by USA as to Marvin V Landfair (Campbell, John) (Entered: 05/09/2005) |
| 05/09/2005 | 29 | (Court only) *** WITNESS LIST by USA as to Marvin V Landfair (Campbell, John) (Entered: 05/09/2005) |
| 05/12/2005 | | NOTICE OF HEARING as to Marvin V Landfair -- Motion Hearing set for Wednesday, 05/11/2005 at 2:45 PM, in person, in Courtroom D before Judge Joe Billy McDade. (DC, ilcd) (Entered: 05/12/2005) |
| 05/12/2005 | 30 | Emergency MOTION to Continue *trial* by Marvin V Landfair. (Alvarado, Robert) (Entered: 05/12/2005) |
| 05/12/2005 | | Minute Entry for proceedings held before Judge Joe Billy McDade: Parties present in o/c by AUSA D. Knauss for the Govt. and Atty R. Alvarado with Dft Marvin V. Landfair for motion hearing held on 5/12/05. Defense presents its motion. Govt. has not objection to continuance. Court grants 30 Motion to Continue as to Marvin V Landfair. Jury trial of 5/16/05 is VACATED and reset to 7/18/05 at 9:00 am before Judge Joe B. McDade. All subpoenas remain in full force and effect. Court finds it to be in the interest of justice to find the time from today to 7/18/05 excludable pursuant to the Speedy Trial Act. ***Excludable started and stopped as to Marvin V Landfair. Dft remanded to the custody of the USM. (Court Reporter NM.) (RK, ilcd) (Entered: 05/12/2005) |
| 06/09/2005 | | Minute Entry for proceedings held before Judge Joe Billy McDade: Parties present in open court by AUSA John Campbell/Attorney Maribeth Dura with dft Ralph Brooks for Sentencing Hearing held 6/9/05. Presentence Report received by both parties and is discussed. Court rules on objections to PSR and reserves ruling on one issue. Sentencing is continued until after co-defendant Marvin Landfair's trial. Sentencing is continued to Friday, 8/12/2005, at 04:00 PM in Courtroom D before Judge Joe Billy McDade. (Court Reporter NM.) (ML, ilcd) (Entered: 06/09/2005) |
| 06/09/2005 | | (Court only) *** Excludable started and stopped (XH) for 6/9/05 hearing as to dft Ralph Brooks (ML, ilcd) (Entered: 06/10/2005) |
| 06/14/2005 | | Set/Reset Deadlines/Hearings as to Ralph Brooks: Due to a conflict in the court's calendar, the Sentencing set 08/12/05 is VACATED and RESET to Friday, 09/02/05 at 2:30 PM, in person, in Courtroom D before Judge Joe Billy McDade. (DC, ilcd) (Entered: 06/14/2005) |
| 06/29/2005 | | Set Hearings as to Marvin V Landfair: Supplemental Final Pretrial Conference set for Thursday, 06/30/05 at 9:30 AM, in person, in Courtroom D before Judge Joe Billy McDade. (DC, ilcd) (Entered: 06/29/2005) |
| 06/30/2005 | | Minute Entry for proceedings held before Judge Joe Billy McDade: Parties present in open court by AUSA Campbell/AFPD Alvarado with dft Marvin V Landfair for Supplemental FinalPretrial Conference as to dft Marvin V Landfair held on 6/30/2005. Parties stipulate to chain of custody issue re: two Bloomington Police Officers. Court sets case for Status Conference/Possible Change of Plea on Thursday, 7/7/2005 at 10:15 AM in Courtroom D before Judge Joe Billy McDade. If case proceeds to trial, parties are to submit to the Court all witness lists, exhibit lists, Stipulations, and Proposed Jury Instructions by the close of business on July 15, 2005. Jury Trial remains set on Monday, July 18, 2005, at 9:00 a.m.(Court |

| | | |
|---|---|---|
| | | Reporter NM.) (ML, ilcd) (Entered: 06/30/2005) |
| 07/07/2005 | | Reset Status Hearing as to dft Marvin V Landfair to Change of Plea Hearing set for 7/7/2005 10:15 AM in Courtroom D before Judge Joe Billy McDade. (ML, ilcd) (Entered: 07/07/2005) |
| 07/07/2005 | | (Court only) *** Terminate Status Hearing as to Marvin V Landfair previously set on 7/7/05 at 10:15 a.m. (ML, ilcd) (Entered: 07/07/2005) |
| 07/07/2005 | | Minute Entry for proceedings held before Judge Joe Billy McDade: Parties present in open court by AUSA John Campbell/AFPD Rob Alvarado with dft Marvin Landfair forChange of Plea Hearing as to dft Marvin V Landfair held on 7/7/2005. Dft sworn and answers questions presented by the Court and Court finds dft competent to proceed. Court advises dft of constitutional right to jury trial. Statement made by dft re what actually occurred. AUSA makes factual basis. Same agreed to and approved by dft and his attorney. Dft enters BLIND plea of guilty to Count 1. (No written plea agreement filed.) Court accepts agreement and matter is referred to Probation Office for a Presentence Investigation and Report. Judgment of conviction entered. Case is set for Sentencing on Friday, 10/21/2005, at 11:00 AM in Courtroom D before Judge Joe Billy McDade. Order on Implementation of Sentencing Guidelines entered. Dft remanded to the custody of the US Marshal. The Jury Trial previously set on Monday, July 18, 2005 is VACATED.(Court Reporter NM.) (ML, ilcd) (Entered: 07/07/2005) |
| 07/07/2005 | 31 | ORDER ON IMPLEMENTATION OF SENTENCING GUIDELINES entered by Judge Joe Billy McDade on July 7, 2005 as to dft Marvin V Landfair.(ML, ilcd) (Entered: 07/07/2005) |
| 09/02/2005 | | Minute Entry for proceedings held before Judge Joe Billy McDade: Parties present in open court by AUSA John Campbell/Attorney Maribeth Dura with dft Ralph Brooks for continuedSentencing held on 9/2/2005 for Ralph Brooks (1), Count(s) 1. Presentence Report received by both parties and discussed. Court rules on objections to the PSR. Govt makes sentence recommendation. Dft sworn and presents evidence. Dft's attorney makes sentence request. Dft makes statement in allocution. Dft committed to the custody of BOP for a term of 155 months; Upon release from confinement, dft placed on Supervised Release for 3 years; No fine; Restitution imposed in the amount of $4720.00; Special Assessment of $100.00 to be paid immediately. Interest waived. Dft advised of right to appeal. Dft remanded to custody of US Marshal. Ralph Brooks terminated. (Court Reporter NM.) (ML, ilcd) (Entered: 09/04/2005) |
| 09/02/2005 | 32 | EXHIBIT LIST for evidence presented by Ralph Brooks during Sentencing Hearing held on 9/2/05. (ML, ilcd) (Entered: 09/04/2005) |
| 09/02/2005 | 33 | Exhibits presented by Ralph Brooks at Sentencing Hearing held on 9/2/05; placed in vault. (ML, ilcd) Additional attachment(s) added on 4/12/2007 (HK, ilcd). (Entered: 09/04/2005) |
| 09/02/2005 | 34 | +++ PRESENTENCE INVESTIGATION REPORT as to Ralph Brooks (ML, ilcd) (Entered: 09/04/2005) |
| 09/02/2005 | 35 | +++ SENTENCING RECOMMENDATION as to Ralph Brooks. (ML, ilcd) (Entered: 09/04/2005) |
| 09/16/2005 | 36 | +++ SEALED DOCUMENT - unredacted J&C (ML, ilcd) (Entered: 09/16/2005) |
| 09/16/2005 | 37 | (Redacted) JUDGMENT entered by Judge Joe Billy McDade on September 16, 2005, as to dft Ralph Brooks (1), Count(s) 1, Dft committed to the custody of BOP for a term of 155 months; Upon release from confinement, dft placed on Supervised Release for 3 years; No fine; Restitution imposed in the amount of $4720.00; Special Assessment of $100.00 to be paid immediately. (ML, ilcd) (Entered: 09/16/2005) |
| 09/16/2005 | 38 | +++ STATEMENT OF REASONS FOR IMPOSING SENTENCE as to dft Ralph Brooks (ML, ilcd) (Entered: 09/16/2005) |
| 09/21/2005 | 39 | NOTICE OF APPEAL by Ralph Brooks re 37 Judgment. (RK, ilcd) (Entered: 09/21/2005) |
| 09/21/2005 | 40 | Short Record of Appeal as to Ralph Brooks sent to US Court of Appeals re 39 Notice of Appeal - Final Judgment (RK, ilcd) (Entered: 09/21/2005) |
| 09/29/2005 | 41 | NOTICE of Docketing Record on Appeal from USCA as to Ralph Brooks re 39 Notice of Appeal - Final Judgment filed by Ralph Brooks. USCA Case Number 05-3788 (RK, ilcd) (Entered: 09/29/2005) |
| 10/12/2005 | 42 | Letter from Maribeth Egert Dura to Court Reporter Nancy Mersot re: ordering transcripts. (RK, ilcd) (Entered: 10/12/2005) |
| 10/20/2005 | 43 | COMMENTARIES ON SENTENCING FACTORS by Marvin V Landfair. (Attachments: # 1)(Alvarado, |

| | | |
|---|---|---|
| | | Robert) (Entered: 10/20/2005) |
| 10/21/2005 | 44 | +++ **PRESENTENCE INVESTIGATION REPORT** as to Marvin V Landfair (RK, ilcd) (Entered: 10/21/2005) |
| 10/21/2005 | 45 | +++ **STATEMENT OF REASONS FOR IMPOSING SENTENCE** as to Marvin V Landfair (RK, ilcd) (Entered: 10/21/2005) |
| 10/21/2005 | | Minute Entry for proceedings held before Judge Joe Billy McDade: Parties present in o/c by AUSA J. Campbell for the Govt. and Atty R. Alvarado with Dft Marvin V. Landfair for Sentencing as to Count 1 held on 10/21/2005. Presentence Report rec'd by both parties and is discussed. No objections filed. Court adopts factual findings of PSR. Govt makes sentence recommendation. Dft's attorney makes sentence request. Evidence in mitigation. Dft makes statement on his own behalf. IT IS ORDERED: Dft committed to the custody of the BOP for a term of 84 months; Supervised Release of 3 years; No fine, Restitution payable to Bank One, Bloomington, IL in the amount of $4,720.00 and Special Assessment of $100.00. Dft advised of appeal rights. Dft remanded to the custody of the U.S. Marshal. (cc: Finance Dept). (Court Reporter NM.) (RK, ilcd) (Entered: 10/21/2005) |
| 10/24/2005 | 46 | +++ **STATEMENT OF REASONS FOR IMPOSING SENTENCE** as to Marvin V Landfair (RK, ilcd) (Entered: 10/25/2005) |
| 10/24/2005 | 47 | +++ **SEALED DOCUMENT. Unredacted original of the J&C as to Marvin U. Landfair.** (RK, ilcd) (Entered: 10/25/2005) |
| 10/24/2005 | 48 | JUDGMENT as to Marvin V Landfair (2), Count(s) 1, Dft committed to the custody of the BOP for a term of 84 months; Supervised Release of 3 years; No fine, Restitution payable to Bank One, Bloomington, IL in the amount of $4,720.00 and Special Assessment of $100.00. Entered by Judge Joe Billy McDade on 10/24/05. (RK, ilcd) (Entered: 10/25/2005) |
| 12/13/2005 | 49 | Official Court Reporter's TRANSCRIPT of Sentencing Hearing Proceedings as to Ralph Brooks held on 6/9/05 before Judge McDade. Court Reporter: Nancy Mersot. (RK, ilcd) (Entered: 12/13/2005) |
| 12/13/2005 | 50 | Official Court Reporter's TRANSCRIPT of Sentencing Hearing Proceedings as to Ralph Brooks held on 9/2/05 before Judge McDade. Court Reporter: Nancy Mersot. (RK, ilcd) (Entered: 12/13/2005) |
| 01/09/2006 | 51 | ORDER of USCA as to Ralph Brooks. Motion for Leave to Withdraw As Counsel of Record is Granted. Attorney Eric Schwing is appointed to represent defendant-appellant Brooks pursuant to the provisions of the CJA. Counsel is directed to contact the defendant-appellant immediately. The Clerk of the District Court shall permit court appointed counsel to withdraw the record on appeal and all transcripts which shall include the expense of shipping the record to counsel if necessary. It is finally ordered that counsel shall file a Circuit Rule 3(c) docketing statement on behalf of the defendant-appellant on or before 1/25/06. (RK, ilcd) (Entered: 01/09/2006) |
| 01/09/2006 | | Attorney update in case as to Ralph Brooks. Attorney Eric M Schwing added for Ralph Brooks. Attorney Maribeth Egert Dura terminated. (RK, ilcd) Modified on 1/9/2006 (RK, ilcd). (Entered: 01/09/2006) |
| 01/10/2006 | 52 | Receipt to Attorney Schwing for one volume of pleadings as to Ralph Brooks. (RK, ilcd) (Entered: 01/10/2006) |
| 01/12/2006 | 53 | Receipt from Eric Schwing for receipt of one volume of pleadings as to Ralph Brooks. (RK, ilcd) (Entered: 01/12/2006) |
| 03/03/2006 | 54 | Appeal Record Returned by atty Eric Schwing - record consisting of 1 volume of pleadings as to Ralph Brooks. (TK, ilcd) (Entered: 03/03/2006) |
| 03/08/2006 | 55 | ORDER of USCA as to Ralph Brooks re 39 Notice of Appeal. It is Ordered that briefing in this appeal is SUSPENDED pending resolution of this matter. (RK, ilcd) (Entered: 03/08/2006) |
| 03/14/2006 | 56 | Request from USCA for Long Record as to Ralph Brooks. (RK, ilcd) (Entered: 03/14/2006) |
| 03/14/2006 | 57 | Letter of Transmittal to USCA transmitting 1 volume of pleadings. (RK, ilcd) (Entered: 03/14/2006) |
| 03/20/2006 | 58 | Letter of Transmittal acknowledging receipt of 1 volume of pleadings from CA7. (RK, ilcd) (Entered: 03/20/2006) |
| 05/10/2006 | | (Court only) *** Clerk's Notes as to Ralph Brooks : PSR, Sentencing Recommendation and SOR were forwarded to CA7 by Federal Express. (RK, ilcd) (Entered: 05/10/2006) |

| | | |
|---|---|---|
| 08/10/2006 | 59 | MOTION for Order Modifying Order of Restitution Pursuant to 18 USC Section 3664(K) by Marvin V Landfair. (RK, ilcd) (Entered: 08/10/2006) |
| 08/11/2006 | | TEXT ONLY ORDER denying 59 Motion as to Marvin V Landfair (2). Entered by Judge Joe Billy McDade on 8/11/06. (RK, ilcd) (Entered: 08/11/2006) |
| 08/17/2006 | 60 | MANDATE of USCA (certified copy) as to Ralph Brooks. The appeal is dismissed. (RK, ilcd) (Entered: 08/17/2006) |
| 08/17/2006 | | Appeal Record Returned as to Ralph Brooks. One volume of pleadings and one envelope of in camera documents returned. (RK, ilcd) (Entered: 08/18/2006) |
| 08/18/2006 | 61 | Receipt for PSR #34, Sent Reco #35 and SOR #38 as to Ralph Brooks received from USPO. (RK, ilcd) (Entered: 08/18/2006) |
| 08/18/2006 | 62 | Receipt for PSR #44, Sent Reco #45 and SOR #46 as to Marvin V Landfair received from USPO. (RK, ilcd) (Entered: 08/18/2006) |
| 11/07/2006 | | (Court only) *** Clerk`s Notes as to Marvin V Landfair : Text Order of 8/11/06 printed and mail by U.S. Mail to Dft Landfair at FCI Terre Haute, # 13350-026, PO Box 33, Terre Haute, IN 47808 (RK, ilcd) (Entered: 11/07/2006) |
| 03/09/2007 | 63 | DOCUMENT STRICKEN PER ORDER ENTERED ON 3/21/07. NOTICE and Demand by Marvin V Landfair. (RK, ilcd) Modified on 3/21/2007 (RK, ilcd). (Entered: 03/09/2007) |
| 03/09/2007 | | TEXT ORDER as to Marvin V Landfair: Clerk is directed to forward a copy of this "notice and demand" [Doc. #63] to government counsel for a response to be filed within fourteen (14) days. Entered by Judge Joe Billy McDade on 03/09/07. (JBM2, ilcd) (Entered: 03/09/2007) |
| 03/09/2007 | | (Court only) *** Clerk`s Notes as to Marvin V Landfair : Clerk contacted AUSA to advise their receipt of Text Only order dated 3/9/07 directing them to file a response by 3/23/07 to #63 Notice and Demand filed by Dft. (RK, ilcd) (Entered: 03/09/2007) |
| 03/20/2007 | 64 | Response by USA as to Marvin V Landfair re 63 Notice (Other) *and Government's Motion to Strike* (Campbell, John) (Entered: 03/20/2007) |
| 03/21/2007 | 65 | ORDER as to Marvin V Landfair re 63 Notice and Demand. The Government's motion to strike is allowed. Case terminated. Entered by Judge Joe Billy McDade on 3/21/07. (RK, ilcd) (Entered: 03/21/2007) |
| 03/21/2007 | | (Court only) *** Clerk`s Notes as to Marvin V Landfair : Order entered 3/21/07 printed and mailed by U.S. Mail to Dft Marvin V. Landfair at FCI Terre Haute. (RK, ilcd) (Entered: 03/21/2007) |