# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

FILED
NOV 6 - 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**Ralph Brooks**

vs.

**United States**

Case Number: **07-1287**

**DECISION BY THE COURT.** This action came before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Petitioner's Motion to Vacate, Set Aside or Correct Sentence Pursuant to Section 2255 is hereby DENIED WITHOUT PREJUDICE.

ENTER this 6th day of November, 2007

JOHN M. WATERS, CLERK

s/R. Knox
BY: DEPUTY CLERK

07-1287.wpd